UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELLIOT VAZQUEZ,

    Petitioner,

v.                                    CASE NO. 6:03-cv-1574-Orl-19KRS

JAMES V. CROSBY, et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court struck Petitioner's habeas corpus petition (Doc. No. 1) because it exceeded the twenty page limitation set forth in Local Rule 3.01(c) and ordered him to refile a proper petition (Doc. No. 7). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply with the Order of Court.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one year period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C. § 2244(d).

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this  2nd  day of May, 2005.

*/s/ Patricia C. Fawsett*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 5/2
Elliot Vazquez